IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>**1) SUGEYL RODRIGUEZ-ROZADA**<br>Defendant | CRIMINAL 11-0336CCC |

## ORDER

Having considered the Report and Recommendation filed on September 21, 2011 (**docket entry 7**) on a Rule 11 proceeding of defendant Sugeyl Rodríguez-Rozada before U.S. Magistrate Judge Camille L. Vélez-Rivé on September 7, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Rodríguez-Rozada is accepted. The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since September 7, 2011. The **sentencing hearing is set for December 6, 2011 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on October 31, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge